IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOE C. MORTON ET AL                                            PLAINTIFF

VS.                                            CAUSE NO. 4:20-CV-199-SA-JMV

COTTON SEED CO-OP
CORPORATION                                            DEFENDANT

ORDER

On August 13, 2021, the Court entered an Order and Memorandum Opinion [58] granting summary judgment in favor of Cotton Seed Co-op Corporation, dismissing all claims asserted by the Plaintiffs, and closing the case. On November 24, 2021, the Court entered another Order [62] denying the Plaintiffs' Motion for Reconsideration.

The Plaintiffs have now filed a "Motion Under 54B" [64], wherein they state that they "would like to proceed to the Appellate Court but [are] unable to do so without a Certification stating 'there is no just reason for delay.'" [64] at p. 1. The Plaintiffs further state that they "are asking the Court to proceed with [sic] this administrative process or let us proceed to the Appeals Court, and without that Certification and with the ruling this Court has made on this case shows a [sic] injustice or a profound ignorance for the Law we will be asking for Sanction, filing judicial complains and asking for recusal do to the Conference call that was held and a clear bias was shown when the defendants Attorney and the Judge was on first name basis doing this call. We have been denied the administrative process such as Discovery and Conference hearings." [64] at p. 3.

The Court is unaware of any authority pursuant to which the Plaintiffs would be entitled to relief, having already had their case dismissed, a request for reconsideration denied, and a final

judgment entered against them. The Plaintiffs are entitled to file an appeal if they choose; they need nothing further from this Court to do so. The Motion [64] is DENIED.

SO ORDERED this the 25th day of February, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE